[No. 41903-3-II.   Division Two.   July 16, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RHONDA RENEE GOUDIE, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 09-1-00257-5, Kenneth D. Williams, J., entered March 16, 2011. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Worswick, C.J., and Quinn-Brintnall, J.

[No. 42179-8-II.   Division Two.   July 16, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER ISRAEL SAUNDERS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-02525-3, Bryan E. Chushcoff, J., entered May 13, 2011. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Hunt, J.; Quinn-Brintnall, J., concurring in the result only.

[No. 42696-0-II.   Division Two.   July 16, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL W. PICKERING, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 11-1-00200-7, Gordon Godfrey, J., entered October 17, 2011. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Worswick, C.J., and McCarthy, J. Pro Tem.

[No. 42705-2-II.   Division Two.   July 16, 2013.]

*In the Matter of the Marriage of* MARK WILLIAM STOHR, *Appellant*, and HEIDI RIE STOHR, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-3-00061-4, Edwin L. Poyfair, J., entered September 23, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Penoyar, J., concurred in by Worswick, C.J., and Bjorgen, J.